APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Reacy H. Hobbs
(Please print)

STREET ADDRESS: P.O. Box 802533

CITY/STATE/ZIP: Chicago, IL 60680-2533

PHONE NUMBER: (312) 371-5954

CASE NUMBER: **08CV3713**
**JUDGE GUZMAN**
**MAG. JUDGE KEYS**

_____   June 30, 2008
Signature                   Date

FILED
JUN 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT