## United States District Court for the Northern District of Illinois

Case Number: 08CV3713         Assigned/Issued By: DAJ

Judge Name: GUZMAN            Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00

                [ ] IFP          [ ] No Fee       [ ] Other _____

                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 4624005071

Date Payment Rec'd: 06/30/08       Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____

                                                (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
      (Type of Writ)

3 Original and 3 copies on 06/30/08 as to US ATTORNEY, ATTORNEY GENERAL, JOHN POTTER
                            (Date)